AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 7:20-CV-00169

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* City of Mercedes, TX

was received by me on *(date)* 6/25/20 .

☒ I personally served the summons on the individual at *(place)* 400 South Ohio Mercedes, TX
on *(date)* 6/26/20 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6/26/20

PSC-7028
*Server's signature*

Andrew Perez
*Printed name and title*

500 N. 8th St. McAllen, TX
*Server's address*

Additional information regarding attempted service, etc:



CASTILLO CIVIL PROCESS

[ Print ]  [ Save As... ]                                    [ Reset ]

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 7:20-CV-00169

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Dagoberto Chavez Jr.
was received by me on *(date)* 6/25/20.

☒ I personally served the summons on the individual at *(place)* 316 S. Ohio Ave. Mercedes, TX
on *(date)* 6/26/20 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6/26/20

Server's signature: PSC-10218

Printed name and title: Andrew Keiser

Server's address: 500 N. 8th St McAllen, TX

Additional information regarding attempted service, etc:

CASTILLO CIVIL PROCESS

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 7:20-CV-00169

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Henry Hinojosa
was received by me on *(date)* 6/25/20.

☒ I personally served the summons on the individual at *(place)* 400 S. Ohio  Mercedes, TX
on *(date)* 6/26/20 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6/26/20

Server's signature: [signature] PSC-1028

Printed name and title: Andrew Perez

Server's address: 500 N. 8th St. McAllen, TX

Additional information regarding attempted service, etc:

CASTILLO CIVIL PROCESS

Print   Save As...   Reset