IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| ISRAEL CORONADO | § | |
| | § | CIVIL ACTION NO. |
| VS. | § | |
| | § | M – 20 – 169 |
| THE CITY OF MERCEDES, HENRY | § | |
| HINOJOSA, and DAGOBERTO CHAVEZ, JR. | § | **JURY REQUESTED** |

## DEFENDANTS' CERTIFICATE OF DISCLOSURE OF INTERESTED PARTIES

TO THE HONORABLE U.S. DISTRICT COURT:

Defendants **CITY OF MERCEDES, TEXAS, HENRY HINOJOSA** and **DAGOBERTO CHAVEZ, JR.** hereby submit this Certificate of Disclosure of Interested Parties for the outcome of this litigation as follows:

(1) PLAINTIFF:
Israel Coronado

ATTORNEYS FOR PLAINTIFF:
Omar Ochoa, Attorney in Charge
OMAR OCHOA LAW FIRM PC
121 North 10th Street
McAllen, Texas 78501

(2) DEFENDANTS:
The City of Mercedes, Texas Henry Hinojosa and Dagoberto Chavez, Jr.

ATTORNEYS FOR DEFENDANTS:
J. Arnold Aguilar, Attorney in Charge
AGUILAR★ZABARTE, LLC
990 Marine Drive
Brownsville, TX 78520

(3)     RISK POOL FOR DEFENDANTS:

Texas Municipal League
Intergovernmental Risk Pool
P. O. Box 149194
Austin, TX  78714-9194

          Respectfully submitted,

     */ s /* *J. Arnold Aguilar*
        J. Arnold Aguilar
        Attorney-in-Charge
        State Bar No. 00936270
        Federal Adm. No. 6822
        email: arnold@aguilarzabartellc.com

**AGUILAR ★ ZABARTE, LLC**
Of Counsel
990 Marine Drive
Brownsville, Texas  78520
(956) 504-1100
(956) 504-1408 (fax)

Attorneys for Defendants
**CITY OF MERCEDES, TEXAS,
HENRY HINOJOSA** and
**DAGOBERTO CHAVEZ, JR.**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing **DEFENDANTS' CERTIFICATE OF DISCLOSURE OF INTERESTED PARTIES** will on this the 14th day of July, 2020, be automatically accomplished through the Notice of Electronic Filing upon the following:

>Omar Ochoa
>OMAR OCHOA LAW FIRM PC
>121 North 10th Street
>McAllen, Texas  78501

>/s/ *J. Arnold Aguilar*
>J. Arnold Aguilar