United States District Court
Southern District of Texas
**ENTERED**
November 02, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ISRAEL CORONADO | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NUMBER |
| | ) | |
| THE CITY OF MERCEDES, | ) | M-20-169 |
| HENRY HINOJOSA, AND | ) | |
| DAGOBERTO CHAVEZ, JR. | ) | |

## AMENDED ORDER EXTENDING TIME FOR COMPLETION OF DISCOVERY

The Parties' "Joint Motion to Extend Discovery and Other Deadlines" having been presented to the Court, the Court is of the opinion that said motion should be granted to the extent stated below.

It is, therefore, ORDERED, ADJUDGED and DECREED that the time for completion of discovery in this case is extended until January 6, 2022.

The pretrial conference previously scheduled for December 8, 2021, is reset to February 9, 2022 at 2:30 p.m., before this Court in the Eleventh Floor Courtroom, Bentsen Tower, 1701 West Business Highway 83, in McAllen, Texas. Counsel shall submit a proposed Joint Pretrial Order following the format prescribed by the Local Rules of the United States District Court for the Southern District of Texas, on or before February 2, 2022.

The deadline for filing of motions is extended to January 18, 2022.

Except for the above, the Rule 16 F.R.C.P. Scheduling Order in this case dated September 11, 2020, remains fully in effect.

The Clerk shall send a copy of this order to counsel for the parties.

DONE on this 1st day of November, 2021, at McAllen, Texas.

_____
Ricardo H. Hinojosa
UNITED STATES DISTRICT JUDGE